1  David J. Kaminski (SBN 128509)
   kaminskid@cmtlaw.com
2  Stephen A. Watkins (SBN 205175)
   watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
   5901 W. Century Boulevard, Suite 1200
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6

7  Attorneys for Defendant
   *REVCO SOLUTIONS, INC.*

8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HODGE, individually and on behalf of others,<br><br>Plaintiff,<br><br>vs.<br><br>REVCO SOLUTIONS, INC. fka PROFESSIONAL RECOVERY CONSULTANTS, INC.,<br><br>Defendant. | CASE NO. 3:20-cv-02421-H-MDD<br><br>**JOINT MOTION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

   IT IS HEREBY STIPULATED by and between Plaintiff LAURA HODGE ("Plaintiff") and Defendant REVCO SOLUTIONS, INC. ("Defendant"), through their respective counsel of record, that this Stipulation to Dismiss be granted, and that the individual action of Plaintiff LAURA HODGE be dismissed with

prejudice, and that the putative class claims asserted in the lawsuit be dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Each party shall bear its own costs and expenses.

IT IS SO STIPULATED.

SWIGART LAW GROUP, APC

Dated: April 9, 2021

s/Joshua B. Swigart
Joshua B. Swigart
Juliana G. Blaha
Attorneys for Plaintiff
*LAURA HODGE*

CARLSON & MESSER LLP

Dated: April 9, 2021

s/David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant
*REVCO SOLUTIONS, INC.*

# ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Joint Motion Re: Dismissal of Entire Action with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii). Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Joint Motion provided their authority and concurrence to file that document.

CARLSON & MESSER LLP

Dated: April 9, 2021

s/David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant
*REVCO SOLUTIONS, INC.*